**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KADANT JOHNSON, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2869 c/w 11-36**<br>*Pertains only to 11-36* |
| **JOSEPH V. D'AMICO, LOUISIANA STEAM EQUIPMENT, LLC and UTILITIES OPTIMIZATION GROUP, LLC** | **SECTION "C" (2)** |

## ORDER

IT IS ORDERED that the Motion *In Limine* to Exclude Evidence and Testimony Related to Copyright Ownership is DENIED. (Rec. Doc. 506). Plaintiff points to no Federal Rule of Evidence or authority indicating that the evidence at issue is inadmissible. At the very least, there is a genuine issue of material fact whether Defendants have ever claimed ownership of the document at issue in Plaintiff's Motion, namely the assembly drawing entitled LE1680. Plaintiff indicates that D'Amico testified in his deposition that he "own[s] that drawing[]," referring to LE1680. (Rec. Doc. 506-1). However, examining this testimony in context, it is clear that he did not mean he owned a copyright of the drawing, but rather that he owned a tangible copy of the drawing. (D'Amico deposition testimony, Rec. Doc. 559 at 4). Therefore, evidence regarding ownership of the drawing is relevant and admissible.

New Orleans, Louisiana, this 6th day of June, 2012.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**