UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KADANT JOHNSON, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2869 c/w 11-36**<br>*Pertains only to 11-36* |
| **JOSEPH V. D'AMICO, LOUISIANA STEAM EQUIPMENT, LLC and UTILITIES OPTIMIZATION GROUP, LLC** | **SECTION "C" (2)** |

## ORDER

IT IS ORDERED that the Motion *In Limine* to Exclude Kadant's Copyright Infringement Claims for Unregistered Drawings is DENIED. (Rec. Doc. 539). Defendant asks the Court to exclude evidence of eight (8) unregistered works, namely LE1596, AB8680, AB8681, LE1861, LE1862, LE1863, AB8502, AB8503, and combined exhibit numbers 180, 201, and 203-217, to prove copyright infringement as to those drawings. Under 17 U.S.C. § 411(a), "no civil action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made in accordance with this title." Plaintiff concedes that none of the eight (8) aforementioned works will be offered as evidence of copyright infringement of those drawings. (Rec. Doc. 567 at 2). It argues instead that those works will be offered as evidence supporting its patent and trademark infringement claims. (Rec. Doc. 567 at 2). Defendants have not argued that these unregistered works are irrelevant with respect to Plaintiff's patent and trademark infringement claims. Thus, the Motion is denied, subject to a showing that

they are irrelevant or otherwise inadmissible at trial. The Court notes that this Order does not apply to evidence of the works which Defendants do not dispute are registered or which Plaintiff had "preregistered," and of which Plaintiff is claiming copyright infringement, namely the works entitled C2391, AB8465, AB9317, 3700SC, 3700SBP, LE1570, "Drum and Syphon Drawing," "Thermocompressor Drawing," and LE1680. (Rec. Doc. 547 at 11-12).[1]

The Court however requests that the parties make a clear distinction when presenting evidence of these unregistered works, and to indicate specifically that such evidence is not being admitted to support a claim of copyright infringement of those unregistered works.

New Orleans, Louisiana, this 6th day of June, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff indicated in the Pretrial Order also indicated that it also registered a work entitled "Boise Paper Solutions Dryer Study." (Rec. Doc. 512 at 9). However, it is unclear, based on Plaintiff's Proposed Findings of Fact and Conclusions of Law (Rec. Doc. 547 at 11-12) and Plaintiff's Opposition to the instant Motion (Rec. Doc. 567), whether Plaintiff is claiming copyright infringement of this tenth work. Plaintiff states that it "specifically reserves its right to assert the *nine* registered works and the applied for copyright registrations identified in the Trial Exhibit List on its copyright claims." (Rec. Doc. 567 at 2) (emphasis added).